**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States Of America | CV-05-10060-060 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Penny N. Gold | Order to Show Cause |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Penny N. Gold
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 85 Grove Street, Apt. 106, Wellesley, MA  02482

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Barbara Healy Smith, AUSA
U.S. Attorney's Office
1 Courthouse Way  Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve on or before  3/29 , 2005

Signature of Attorney or other Originator requesting service on behalf of:
X PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (617) 748-3282
DATE: 1/31/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin: No. 38
District to Serve: No. 38
Signature of Authorized USMS Deputy or Clerk: Nancy Talaminá
Date: 2/14/05

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Date of Service: 2/24/05   Time: 12:45 pm
Signature of U.S. Marshal or Deputy: #5185

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | 9.12 | | 54.12 | | | |

REMARKS: Received from Hodgkins on 2-15-05 EO
Home 781-431-7372

2/24/5 1 DUSM  1 hr  25 miles

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COPY

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Petitioner, )<br>v. )<br>)<br>PENNY N. GOLD, )<br>)<br>Respondent. ) | MBD NO. 05-10060 |

## ORDER TO SHOW CAUSE

Upon the Petition, the Exhibit(s) attached thereto, including the Declaration of Susan Samaha, Revenue Officer of the Internal Revenue Service, and upon the motion of Michael Sullivan, United States Attorney for the District of Massachusetts, it is

ORDERED that the respondent appear before the District Court of the United States for the District of Massachusetts, in that branch thereof presided over by the undersigned in Courtroom #15 on the 5th floor, on the **5th day of April, 2005 at 3:00 P.M.** to show cause why she should not be compelled to obey the Internal Revenue Service Summons served upon her on May 27, 2004. It is further

ORDERED that a copy of this Order, together with the Petition and Exhibit(s) thereto, be personally served upon Penny N. Gold on or before March 29, 2005. It is further

ORDERED that within five days of service of copies of this Order, the Petition and Exhibit(s), the respondent shall file and serve a written response to the Petition.

DATED at Boston, Massachusetts on this 7th day of February, 2005.

Judith Gail Dein
United States Magistrate Judge