UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Petitioner,<br><br>v.<br><br>PENNY N. GOLD,<br>    Respondent. | M.B.D. No. 05-10060-JGD |

## ORDER ENFORCING INTERNAL REVENUE SERVICE SUMMONS

The Petition to Enforce Internal Revenue Service Summons having come before United States Magistrate Judge Judith Gail Dein for hearing on June 6, 2005 and the respondent, Penny N. Gold, not having shown any cause why she should not obey the Summons issued to her on May 27, 2004:

IT IS ORDERED that Penny N. Gold obey the Summons and appear (with the documents described in the Summons) before Revenue Officer Susan Samaha or any other officer of the Internal Revenue Service authorized to examine the records and take her testimony on or before ___July 11___, 2005 at _10:00_ AM ~~PM~~ at the office of the Internal Revenue Service, 118 Turnpike Road, Suite 100, Southborough, MA 01772, Tel. #(508) 460-0406. Failure to comply with this Order shall make the respondent liable for a finding of contempt of court.

_Judith Gail Dein_
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE

Dated: June 6, 2005